UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:15-MJ-1077-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Trevon Donte Wilkins** | ) | |
| | ) | |

On June 10, 2015, Trevon Donte Wilkins appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, in the Eastern District of North Carolina, and upon an earlier plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C § 661, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on March 14, 2016, the court finds as a fact that Trevon Donte Wilkins, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to report to the probation officer as directed by the court or probation officer.
3. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 14th day of March, 2016.

Robert B. Jones, Jr.
U.S. Magistrate Judge